**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BOBBY CLEVELAND BENNETT, JR.**                                      **PLAINTIFF**

**v.**                                  **No. 3:19-cv-342-DPM**

**A. GRIFFIN, Officer, Mississippi
County**                                                                 **DEFENDANT**

**ORDER**

    **1.** Bennett's application to proceed *in forma pauperis* is incomplete; he didn't submit a certificate or calculation sheet. His motion, № *1*, is therefore denied without prejudice.

    **2.** If Bennett wants to proceed with this lawsuit, then he must submit a completed application by 15 January 2020. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Bennett permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

    **3.** The Court directs the Clerk to mail Bennett an *in forma pauperis* application with a copy of this Order.

    So Ordered.

                            *DPMarshall Jr.*
                            D.P. Marshall Jr.
                            United States District Judge

                            16 December 2019