IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY CLEVELAND BENNETT, JR.                                PLAINTIFF

v.                       No. 3:19-cv-342-DPM

A. GRIFFIN, Officer, Mississippi County                      DEFENDANT

## ORDER

Bennett hasn't paid the $400 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; instead, his mail is being returned undelivered. № 3-5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 January 2020