IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY CLEVELAND BENNETT, JR.                                         PLAINTIFF

v.                              No. 3:19-cv-342-DPM

A. GRIFFIN, Officer, Mississippi County                              DEFENDANT

## JUDGMENT

Bennett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 January 2020